443 A.2d 376

Jones v. American Motors Corp., et al.

Argued June 12, 1980. Edwin F. McCoy, for appellants;   George Young, for appellee.

Before WICKERSHAM, WATKINS and LIPEZ, JJ.
Judgment affirmed.

LIPEZ, J., dissented.